

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Carla CEJA HERNANDEZ,<br><br>　　　　　　　Defendant. | Case No.: **20mj2492**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about June 24, 2020, within the Southern District of California, Carla CEJA HERNANDEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 48.72 kilograms (107.40 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about June 24, 2020, within the Southern District of California, Carla CEJA HERNANDEZ did knowingly and intentionally import 1 kilogram and more, to wit: approximately 12.64 kilograms (27.86 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Marina Griffin
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of June 2020.

_____
HON MITCHELL D. DUMBIN
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On June 24, 2020, at approximately 11:30 AM, Carla CEJA HERNANDEZ, ("CEJA"), a United States citizen, applied for entry into the United States from Mexico through the Tecate Port of Entry in vehicle lane #1. CEJA was the driver and registered owner of a 2001 Chevy Suburban ("the vehicle") bearing California license plates and was accompanied by 3 juvenile passengers.

A Customs and Border Protection Officer received two negative Customs declarations from CEJA. CEJA stated she was crossing the border to go to Fullerton, California.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the right rear undercarriage of the vehicle.

Further inspection of the vehicle resulted in the discovery of 117 total packages concealed in the rear undercarriage of the vehicle. 98 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 48.72 kilograms (107.40 pounds); 19 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 12.64 kilograms (27.86 pounds).

CEJA was placed under arrest at approximately 1:15 PM.

During a post-Miranda interview, CEJA admitted that she was going to be paid $5,000 USD to smuggle the narcotics into the United States. CEJA claimed to be driving the narcotics to Fullerton, California.

CEJA was charged with violating Title 21 USC 952/960 and issued a Notice to Appear.