| UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 04 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
|---|---|

| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CARLA CEJA HERNANDEZ,<br><br>        Defendant - Appellant. | No. 22-50255<br><br>D.C. No. 3:20-cr-02055-AJB-1<br>U.S. District Court for Southern California, San Diego<br><br>**TIME SCHEDULE ORDER** |
|---|---|

The parties shall meet the following time schedule.

| **Tue., January 3, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
|---|---|
| **Wed., February 1, 2023** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Aurielle Breanna Trapps
Deputy Clerk
Ninth Circuit Rule 27-7