UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 22-50255 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 3:20-cr-02055-AJB-1 Southern District of California, San Diego |
| v. | |
| CARLA CEJA HERNANDEZ, | ORDER |
| Defendant-Appellant. | |

Before: WALLACE, TALLMAN, and BYBEE, Circuit Judges.

Appellant's motion to proceed in forma pauperis (Docket Entry Nos. 3 and 5) is granted. The Clerk will amend the docket to reflect this status.

The court has determined that the appointment of counsel for appellant would benefit the court's review. Accordingly, appellant's motion for appointment of counsel (Docket Entry No. 4) is granted.

The Clerk will electronically serve this order on the appointing authority for the Southern District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

The briefing schedule is reset as follows: Appellant must designate the reporter's transcript by January 17, 2023. The transcript is due February 16, 2023.

The opening brief and excerpts of record are due March 28, 2023; the answering brief is due April 27, 2023; and the optional reply brief is due within 21 days after service of the answering brief.